FILE

# SUPPORTING DOCUMENTS for:

**T.E.A.M. Entertainment Inc. v. Douglas, et al.
A Comparison of the Sony/Noontime Relationship to the Universal Music/Murder, Inc. Relationship**

Prepared for Doman Davis LLP by:



the Moses Avalon company
The Music Industry Expert

All pages within © 2006 The Moses Avalon Company

# Flow Of Control



Multinational Holding Company (Vivendi, Sony, Time (till 2004) Bertelsman AG) — Big Four Distributor (WEA, Sony/BMG, EMI, UMVD) — Parent Labels ("majors") — One-Deep Labels ("imprints") — Two-Deep Labels (and/or Vanity Label/Prod. company)

# Family Tree UMVD



# Family Tree Sony



# Big Four Family Tree



**Sony/BMG**

**EMI Group**
Aezra
Angel
Ardent
Back Porch
Big3
Blue Note
Capitol
Capitol Nashville
Cheeba Sound
EMI Classics
EMI Music UK and Ireland
Forster Bros.
Gotee
H2E
Higher Octave

Jazz Alliance Int'l
King Biscuit Ent.
Narada Jazz
Nettwerk America
Network Prod.
Platla Ent'ment
Positiva
Royal Initiative
Southern Signal
Sparrow Label Group
Tooth and Nail
BEC
Solid State
Uprok
Virgin America
Purple Ribbon Ent.
Real World
Virgin Classics

**UMVD**
19 Recordings
Air Play Label
ABKCO
Ark 21
Bungalo
Mondo Melodia
Pyramid
Buena Vista
Concord
Concord Jazz
Concord Picante
Fantasy
Peak
Playboy Jazz
Stretch
Disa
Procan
Fonovisa
DMY
Gemtek
Oro Musical
Platino
Geffen
4:13
Chess
Dreamworks
DGC
Experience Hendrix
Fiddler
Flawless
Flipker
Geffen
i Am

Never So Deep
Rediscover
Rawkus
Big Yard Music
Gold Label
GoodVibe Recordings
Foundations
Quinlan Road Ltd
Interscope/A&M
A&M
Interscope
Aftermath
Almo
Amaru
Beat Club
Cherry Tree
Dream Works
Flip
G Unit
Kickball
Nothing
Ruff Ryders Ent.
Shady
Weapons of Mass Ent.
Island/Def Jam Music Group
American Recordings
Def Jam
Def Jam South
Def Soul
Def Soul Classics
Gangland/Def Jam
Island
Kemado
Mercury
MonarC
Murder Inc
Roadrunner
Roc-A-Fella
The Inc
Lideres
Linus Ent.
Mapel Music Recordings
Ministry of Sound
Palm Music
Rounder
Thump
B-Dub
Discos Fama
Thump Street
UMG Nashville
Dream Works Nashville

Mercury Nashville
Bullseye Blues
Marsalis Music
Philo
Zoe
Heartbeat
Lost Highway
MCA Nashville
True North
Unitone
Universal Classics & Jazz
Argo
Classics
Decca
Decca Broadway
Decca U.S.
Deutsche Grammophon
Archiv
Westminster
ECM
GTSP
L'Oiseau Lyre
London
Pat's Record Co.
Philips
Mercury
Point
Universal Motown Group
Blackground
Brushfire
Casablanca
Cash Money
Cherry
D Block
Enjoy
Fo' Reel
Moonshine Conspiracy
Motown
Next Plateau
Polydor
Republic
Rocket
SRC
Street
Strummer
The Ultimate Group
Universal
Universal Music Enterprises
Chronicles
Hip-O
Universal Special Products
UTV

Universal Music Latino
Gold Star
Karen
Mas Flow
Melro
Musimex
Perfect Image
Pimienta
Pira
Planet Rhythm
Pletano/Big Word/Music Up
Proto/Revolu
Regio
RMM
Universal South
Univision Music Group
Fonovisa
Remex
Veresa Sarabande
Fuel 2000
Fynsworth Alley
Sunswept Music
Water Music
Verve Music Group
Blue Thumb
GRP
Impulse
Verve
Verve Forecast
Vi Music
Empire
Walt Disney
Buena Vista
Hollywood
Lyric Street
Mammoth
Staggs Family
Celti Music

**WMG**
ATCO
Atlantic
La Salle
Vice
VP
East West
Elektra Asylum
Elektra Entertainment
Esperanza
Lava
Modern

Avenue
Cadence Christian
Casey Kasem Presents
Chicago Kid
Curb Group
Asylum
Delicious Vintage Vinyl
Earthbeat
Erato
Finlandia
Garden City
HBO/WEA
Hightone
Hillsboro Jazz
Jade
Kid Rhino
Legion
Lightyear Entertainment
Major League Baseball
Maranatha
MCA
Milan
Music for Little People
EarthBeat
Musitica
Nonesuch
Rap-A-Lot
Rhino
Music For Little People
Ruff Nation
Spring Hill Music Group
Sybersound
Select-O-Hits
Teldec
Niche
Time/Life
Top Sail
Vector
VP
Warner Bros.
Festival Mushroom
Sixshooter
Sonic
Bad Boy
Giant
London-Sire
Maverick
Q Records
Qwest
Reprise
Warner Bros. Nashville
Warner Music Latina
Warner Publications
Word Entertainment
Canaan
DaySpring
Everland
Fervent
Myrrh
Squint
Unison
Word
Word Gospel

# "The Majors" (2005)

| UMVD | WMG | Sony/BMG | EMI Group |
|---|---|---|---|
| Geffen | Atlantic | BNA | Angel |
| A&M | Rhino | Arista Nashville | Blue Note |
| Interscope | Warner Bros. | RCA Nashville | Capitol |
| American Recordings | Bad Boy | Columbia Nashville | Capitol Nashville |
| Def Jam | Reprise | Columbia | Virgin America |
| Island | | Epic | |
| Roadrunner | | J Records | |
| Mercury Nashville | | RCA | |
| Lost Highway | | Sony Classical | |
| Motown | | Sony Discos | |
| Universal | | Jive | |
| Universal Music Latino | | Zomba | |
| Univision | | | |
| Fonovisa | | | |
| Verve | | | |
| Hollywood | | | |

...and a few Indies
- Disney
- Wind-Up
- Madacy
- Curb
- TVT
- Koch
- Razor & Tie

# EMI Group PLC

Real Name: Electric and Musical Industries

Approximate 2004 sales: $1.9 Billion

## Software & Manufacturing

Toshiba-EMI Ltd. (55%)

## Motion Pictures

C&L Marketing

## Music Division

EMI Music Publishing
EMI Music *Distribution*

| | |
|---|---|
| Aezra | Nettwerk Prod. |
| Angel | Platia Ent'ment |
| Ardent | Positivia |
| Back Porch | Royal Initiative to Combat |
| Big3 | AIDS |
| Blue Note | Southern Signal |
| Capitol | Sparrow Label Group |
| Capitol Nashville | Tooth and Nail |
| Cheeba Sound | BEC |
| EMI Classics | Solid State |
| EMI Music UK and Ireland | Uprok |
| Forster Bros. | Virgin America |
| Gotee | Purple Ribbon Ent. |
| H2E | Real World |
| Higher Octave | Virgin Classics |
| Jazz Alliance Int'l | |
| King Biscuit Ent. | |
| Narada Jazz | |
| Nettwerk America | Abbey Road Studios |

7

# Warner Music Group & WEA

## Purchased for $2.4 Billion in 2005

## Warner Strategic Marketing

ATCO
Avenue
Cadence Christian
Casey Kasem Presents
Chicago Kid
Curb
   Asylum
Delicious Vintage Vinyl
Earthbeat
Erato
Finlandia
Garden City
HBO/WEA
Hightone
Hillsboro Jazz
Jade
Kid Rhino
Legion
Lightyear Entertainment
Major League Baseball
Maranatha
MCA
Milan
Musiteca
Nonesuch
Rap-A-Lot
Rhino
   Music For Little People
      EarthBeat
   RuffNation
   Spring Hill Music Group
   Sybersound
   Select-O-Hits
      Niche
Teldec
Time/Life
Top Sail
Vector
VP

## Warner Group

Warner Bros.
Festival Mushroom
Sixshooter
Sonic
Giant
London-Sire
Maverick
Q Records
Qwest
Reprise
Warner Bros. Nashville
Warner Music Latina
Warner Publications
Word Entertainment
Word
Word Gospel
Myrrh
Squint
Everland
Unison
DaySpring
Canaan

## Atlantic Group

Atlantic
La Salle
Vice
VP
East/West
Elektra Asylum
Elektra Entertainment
Esperanza
Lava
Modern

8

# Vivendi Universal

## Approximate 2004 Sales: $7.5 Billion

### Bottled Water
($51 million)

Vivendi North America
Co.Sierra Spring Water
Co.Culligan Int.
Co.EverpureUS
FilterArrowheadDavco
Div.Davis PordcutsMcaillen
Pip & SupplyAqua
AllianceMetcalf &
EddieScagrams Beverage co.

### Telecommunications/Media/Games
($2 Billion)

**Canal**
Canal Satellite
VUP Investima
Aprovia
Edition Nathan
Edition Bordas
Usine Nouvelle
L'Acution Munipale
Librairie Larousse

Multithematiques
Palanete Cable
SECA
TV SportMonte Carlo TMC
Tele+

**Cegetel SA**

**NBC/Uni (joint)**
Universal Studios
Radar Pictures
Universal Amphitheatre
Universal Pictures
Focus Features
History Channel
Sci-Fi Channel
Wet n' Wild
USA Networks
A&E Networks
Biography Magazine
Womps Bar & Grill
Vivendi Universal Games
Blizzard
Knowledge Adventure
Sierra Ent.
Dynamix Inc.
Papyrus Racing

### Construction
($1.4 Billion)

Compagnie
Generale Des
Eaux
Campenon
Bermard
Sade

### Music
($3.6 Billion)
(90% ownership)

→

## UMVG Distribution

**Interscope/A&M**
A&M
Interscope
 Almo
 Aftermath
 Ameru
 Beat Club
 Cherry Tree
 Flip
 G-Unit
 Kickball
 Nothing
 Ruff Ryders Ent.
 Shady
 Vagrant
Weapons of Mass Ent.

**Universal Music Latino**
C.I. Latin
Flow Music
Fonosound
Gold Star
Gulian
Infinity
Karen
Latin World
Mas Flow
Music Haus
Musimex
New Records
Perfect Image
PI

[illegible records section]
 Experience Hendrix
 Rattache
 Rakwas
 Never So Deep

**Island/Def Jam Music Group**
American Recordings
Def Jam
 Def Jam South
 Def Soul
 The Inc.
 Roc-A-Fella
Island
Kemado
Mercury
MonarC
Murder Inc.
Roadrunner

**Universal Motown Group**
Bad Boy
Background
Brushfire
Casablanca
Cash Money
Cherry
D Block
Enjoy
Fo' Reel
Machine Conspiracy
Big World
Music Up
Protel
Revolu
RMM
Universal Music Latino
Vale Music
Vivamusic

Motown
Next Plateau
Polydor
Republic
Rocket
Street
Strummer
SRC
Strummer Recordings
The Ultimate Group
Universal

**19 Records**
**ABKCO Records**
**ARK 21**
 Mondo Melodia
**Bungalo**
**Disa**
 Procan
**DreamWorks Nashville**
**DreamWorks Records**
Fonovisa
 DMY
 Garmex
 Oro Musical
 Platino
**Hollywood Records**
 Lyric Street
 Mammoth
 Skaggs Family
 Ceili Music

**Lideres Records**
 Ole Music
**Machete Music**
 Los Cangri, Inc.
 VI Music
**Palm Pictures**
**Pyramid**
**Sybersound**

**Thump Records**
 B-Dub
 Discos Fama
 Thump Street
**UMG Nashville**
 DreamWorks Nashville
 Lost Highway
 Mercury Nashville
 MCA Nashville
 Rounder
  Bullseye
  Heartbeat
  Marsalis Music
  Philo / Zoe

**Universal Classics & Jazz**
 Classics
 Decca
 Decca U.S.
 Decca Broadway
 Deutsche Grammophon
 Archiv
 ECM
 Philips
**Mercury Living Presence**
**Universal Music Enterprises**
 Chronicles
 Hip-O Records
 New Door Records
 Universal Special Products
 UTV

[Universal Music column - partially illegible]
Universal Music
Universal Music Group
[illegible entries]
Walt Disney
Wind-Up

**Fontana Distribution**

# Sony Corporation
## Approximate 2004 Sales: $34 Billion

| Home Audio & Video Games ($2.3 Million) | Theaters ($4.3 Billion) | Electronics ($13 Billion) | Movies & TV ($10 Billion) | Insurance & Financial ($3 Billion) | Music ($2 Billion) |
|---|---|---|---|---|---|
| Sony Computer | Loews | Awia | Sony Pictures Ent. | Sony Life Insurance Company | Sony Music |
| Columbia TriStar Home Video | Cineplex | Sony Electronics | Columbia TriStar Motion Pictures/TV | Sony Finance International | Columbia House Music Club |
| Sony Play Station | Cineplex Odeon | Sony/ATV Tree Pub. Acuff-Rose Pub | Tall Trees | | RED Dist. ($9 Mill) |
| Psygnosis Limited | Demille Theatre | Sony Computer Ent. | Woodridge Prod. | | Sony Music Ent. |
| Sony Online | Meltron | Sony Professional | Telemundo Network | | **Sony/BMG Sales Group** |
| Jeopardy Online | | Sony Mobile Electronics | Jim Henson Pro | | |
| Wheel of Fortune | | Digital Audio Disk Corp. | Mandalay Ent. | | |
| Columbia Tri-Star Interactive | | Sony-Wega GmbH | Phoenix Pictures | | |
| | | Euroheli Corp | Hualong Film Digital | | |
| | | InterTrust Tech. | Sony Broadband Ent. | | |

## Sony/BMG Sales Group

**Columbia Records Group**
Aquarium
Avatar
Axis Music
Blackcomers
Columbia
DAS
DMZ
Dylo
Farsi Ent.
Eaturmusic
Eighty Eights
Fatality
Muse World Music
Nashville Star
Portrait
Purple Ribbon Ent.
Rise
RPM
Sonical Strike
Signal to Noise
Suckafree/Loud
Velvet Hammer
We The People

**Epic Records Group**
Epic
Hidden Beach
Integrity
Noontime
Ruthless
The Ultimate Group
Epic/Monument Nashville

**RCA Music Group**
J Records
Octone
Roswell
RCA

**Sony Classical**
Columbia Broadway Masterworks
Essential Classics
Great Performances
Odyssey
Sony Classical
Vollator

**Zomba Label Group**
GospoCentric
Jive
Jive Electro
LaFace
Pepper
Silverstone
Verity
Violater
Volcano
Zomba

**Sony/BMG Group**
ARTISTdirect
Radar
ATO
BMG Classics
BMG Heritage
BMG U.S. Latin
BNA
Arista Nashville
RCA Nashville
Columbia Nashville
Luck Dog
Crescent Moon
Daylight
Dancing Cat
ILLwill
Iso
J
Legacy
One Records
Open Wide
Provident
Razor & Tie Ent.
Reactor/Exxess
Reincarnate Music
RLG
Robbin's Ent ment
Sanctuary Records Group
RAS Records
SMG
Sony Discos
Sony Norte
Sony Tropical
Sony Music Soundtrax
Sony Wonder
Time Bomb
V2
Wind-Up Ent ment

# Bertelsmann AG
## Approximate 2004 Sales: $11.6 Billion

### Publishing
**$7.44 Billion**

Gruner + Jahr AG & Co
G & J U.S.A. (US version)
American HomeStyle &
Gardening
Child Magazine
The Family Circle
Fast Company
Fitness
inc.com
Parents Expecting
Rosie (formally McCall's)
Women's Magazines
Group
**Beginner Books**
Pantheon Books
Random House
Adult Trade Schocken
Books
Times Books
Villard Books
Ballintine Publishing
Group
**Bantam-Dell Group**
Adapt electronic
Publishing
Bonanza Books
Harmony Books
Julian Press
Alfred A. Knopf Inc.
Protland House
**Clarkson N. Potter Inc.**
BookSpan

Newbridge
Crown
Dell Publishing
Delta
Doubleday
S.I.C.
Laidlaw Brothers
Mfrs.Parents
  Magazine
Sonpress Inc.
Transworld
  Publishers
Bantam Books
Corgi Books
**Brown Printing Co.**
**BCA**
**Mondadori S.p.A.**
Springr-Verlag
GmbH & Co
**Mosaik Verlagrisma**
  Verlag
**Reis-und Verkehrs**
  Verlag
**Schulverlag Vieweg**
**Bertelsmann**
  Lexikothrk.
Bertelsmann Club
**Albrecht Knaus Verlag**
**Wilhrlm Goldman Verlag**
**Friedich Vieweg &Sohn**
**Westdeutscher Verlag**
Deutscher Preee
  Vetrieb
Buchhasa
Manager Magazin
Verlagagesellschaft
Morgenpost Druck &
Vetragsanatalt

### TV & Radio
**$3.6 Billion**

Ufa Film und
  Femseh
RTL Group
  TV
  Channel 5
    (London)
  Fun TV
  RTL TV
  TMC
  TPS
  Teva
  VCF
  Multivision
  Premier
**RTLRadio**
  Atlantic 252
  Bandit 105.5
  Berliner Rundfun
**FM Radio Network**
  (Germany)
  Fun Radio
  Klassik Radio
  NSR
  104.6 RTL
  Radio Hamberg
  Radio NRW
  Bel RTL
  Radio Contact
  DTS
  ENEX
  Infomedia

### Sony/BMG Sales Group
**$1.1 Billion**
*(50% interest – See Sony)*

### Internet
**$340 million**

CDNow
BarnsandNoble.com
MyPlay Inc.
Napster.com

## What is the Difference between a Production Company a Major Label and a Distributor?

| | Develops Talent | Has direct link to Distribution | Can Market and Promote | Has direct link to Retail |
|---|---|---|---|---|
| **Production Company** | X | — | — | — |
| **Major Record Label** | — | X | X | — |
| **Distribution Company** | — | — | X | X |

Only 4 companies have the resources to do it all on a mass scale.

They are known as *"The Big Four"*

# Market Share Statistics Form SoundScan 2005 for Sony/BMG and UMVD

**2005 YEAR-TO-DATE RECORD COMPANY MARKET SHARE** (1/03/05 - 1/01/06)
(reflects the market share for the entire entity including sub-distributed companies)

**TOTAL ALBUMS** (Catalog & Current Titles)

| | 2005 | 2004 |
|---|---|---|
| UMVD | 31.71% | 29.59% |
| BMG | 11.78% | 15.20% |
| SONY | 15.67% | 14.62% |
| SONYBMG Total | 27.45% | 29.82% |
| WEA | 17.28% | 16.27% |
| EMD | 10.38% | 10.91% |
| OTHERS | 13.18% | 13.41% |

**CURRENT ALBUMS**

| | 2005 | 2004 |
|---|---|---|
| UMVD | 34.82% | 32.17% |
| BMG | 13.16% | 17.74% |
| SONY | 14.55% | 13.55% |
| SONYBMG Total | 27.71% | 31.29% |
| WEA | 16.02% | 14.56% |
| EMD | 9.21% | 10.32% |
| OTHERS | 12.24% | 11.65% |

**DIGITAL TRACKS**

| | 2005 | 2004 |
|---|---|---|
| UMVD | 33.27% | 30.76% |
| BMG | 13.22% | 14.74% |
| SONY | 13.39% | 15.48% |
| SONYBMG | 26.61% | 30.22% |
| WEA | 18.26% | 16.07% |
| EMD | 7.84% | 8.42% |
| OTHERS | 14.02% | 14.53% |

**All charts on this page from 2006 SoundScan Data**

**BILLBOARD TOP 200 BY LABEL**

| Label | Count |
|---|---|
| UMG | |
| Def Jam | 18 |
| Interscope | 16 |
| Universal | 11 |
| Motown | 7 |
| A&M | 5 |
| Geffen | 5 |
| Island | 4 |
| CashMoney | 4 |
| Dreamworks | 2 |
| Blackground | 2 |
| SteveRifkind Company | 2 |
| Universal Music Enterprises | 1 |

**Legend**
- UMG (Green)
- OTHER (White)

**TOTAL TITLES IN TOP 200**
- UMG: 77
- OTHER: 56

**% IN MARKET SHARE**

| Label | % |
|---|---|
| Interscope/Dream Works | 7.03 |
| Universal Records Group | 4.41 |
| Island | 3.67 |
| Geffen | 2.77 |
| Def Jam | 2.40 |
| A&M | 1.34 |
| Roadrunner | 0.89 |
| Rounder | 0.30 |
| Lost Highway | 0.15 |

## Sales Statistics for Top Female R&B Artists
## On Both Sony/BMG and UMVD
(All data from SoundScan reports week ending 6/23/06)

**ASHANTI (UNI/IDJ)**

|  | TW Sales | YTD Sales | 2005 | 2004 | RTD Sales |
|---|---|---|---|---|---|
| Total | 1097 | 70903 | 498187 | 760223 | 6264829 |
| 3 Albums | | | | | |

**BEYONCE (SONY/BMG/COLUMBIA)**

|  | TW Sales | YTD Sales | 2005 | 2004 | RTD Sales |
|---|---|---|---|---|---|
| Total | 2779 | 95246 | 317027 | 1574744 | 4516986 |
| 1 Album | | | | | |

**DESTINY'S CHILD (SONY/BMG/COLUMBIA)**

|  | TW Sales | YTD Sales | 2005 | 2004 | RTD Sales |
|---|---|---|---|---|---|
| Total | 5018 | 436280 | 1990289 | 2238386 | 16446448 |
| 6 Albums | | | | | |

## JENNIFER LOPEZ (SONY/BMG/EPIC)

| | TW Sales | YTD Sales | 2005 | 2004 | RTD Sales |
|---|---|---|---|---|---|
| Total 5 Albums | 1146 | 37219 | 807180 | 168155 | 11310902 |

## ALICIA KEYS (SONY/BMG/J)

| | TW Sales | YTD Sales | 2005 | 2004 | RTD Sales |
|---|---|---|---|---|---|
| Total 3 Albums | 3258 | 215057 | 1394570 | 2355353 | 11318955 |

## CIARA (SONY/BMG/LA FACE)

| | TW Sales | YTD Sales | 2005 | 2004 | RTD Sales |
|---|---|---|---|---|---|
| Total 1 Album | 1948 | 86603 | 1531069 | 969120 | 2586792 |

## MARY J BLIGE (UNI/GEFFEN - UPTOWN/MCA)

| | TW Sales | YTD Sales | 2005 | 2004 | RTD Sales |
|---|---|---|---|---|---|
| Total 9 Albums | 23692 | 1655313 | 1169396 | 406624 | 181127875 |

## CHRISTINA MILIAN (UNI/IDJ)

| | | TW Sales | YTD Sales | 2005 | 2004 | RTD Sales |
|---|---|---|---|---|---|---|
| Total | 2 Albums | 6840 | 115333 | 24624 | 356754 | 497113 |

## RIHANNA (UNI/IDJ)

| | | TW Sales | YTD Sales | 2005 | 2004 | RTD Sales |
|---|---|---|---|---|---|---|
| Total | 2 Albums | 58236 | 648186 | 357115 | 0 | 1005301 |

# Comparisons of Artists on Sony to UMVD

Taking the top four female R&B artists on both Sony and Universal the chart below shows the total average number of album sales for each title. The gross number in column 3 ("total sales") is divided by number of albums for each artist in column 2 ("# of albums") to achieve the number in column 4 "average per album."

The numbers in column 4 are then added up and divided by number of artists from each label respectively (4) to achieve the final numbers below in "Overall Average." This shows a "level playing field" of what the top four female R&B artists all selling albums to the same demographic and at the same time period achieved terms of average number of album sales *per album* for each major distributor. Although this statistic is based only on album sales and does not include singles videos and other formats, its conclusion is nonetheless obvious and unarguable: **the top female R&B artists on Sony/BMG labels consistently sell almost three-times as many records per album title than their relative equivalents on UMVD labels.**

| artist | # of albums | total sales | average per album | label |
|---|---|---|---|---|
| RIHANNA | 2 | 1,005,301 | 502,650.5 | UMVD/IDJ |
| CHRISTINA MILIAN | 2 | 497,113 | 248,556.5 | UMVD/IDJ |
| MARY J BLIGE | 9 | 18,127,875 | 2,014,208 | UMVD/GEFFEN |
| ASHANTI | 3 | 6,264,829 | 2,088,278 | UMVD/IDJ |
|  |  |  |  |  |
| BEYONCE/DEST CH. | 7 | 20,963,434 | 2,994,776 | SONY/BMG/COL |
| JENNIFER LOPEZ | 5 | 11,310902 | 2,262,180 | SONY/BMG/EPIC |
| ALICIA KEYS | 3 | 11,318955 | 3,772,985 | SONY/BMG/J |
| CIARA | 1 | 2,586,792 | 2,586,792 | SONY/BMG/LA FACE |

| Overall Average | |
|---|---|
| Sony/BMG: | 2,904,183 |
| UMVD: | 1,213,423.2 |

18

## Same analysis with Beyonce as a solo artist only.

| artist | # of albums | total sales | average per album | label |
|---|---|---|---|---|
| RIHANNA | 2 | 1,005,301 | 502,650.5 | UMVD/IDJ |
| CHRISTINA MILIAN | 2 | 497,113 | 248,556.5 | UMVD/IDJ |
| MARY J BLIGE | 9 | 18,127,875 | 2,014,208 | UMVD/GEFFEN |
| ASHANTI | 3 | 6,264,829 | 2,088,278 | UMVD/IDJ |
| BEYONCE | 1 | 4,516,986 | 4,516,986 | SONY/BMG/COL |
| JENNIFER LOPEZ | 5 | 11,310902 | 2,262,180 | SONY/BMG/EPIC |
| ALICIA KEYS | 3 | 11,318955 | 3,772,985 | SONY/BMG/J |
| CIARA | 1 | 2,586,792 | 2,586,792 | SONY/BMG/LA FACE |

**Overall Average**
Sony/BMG: 3,284,736
UMVD: 1,213,423.2